**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CRISTIAN SORIA AGUIRRE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-05623-OLG** |
| | § | |
| **TODD BLANCHE *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioner Cristian Soria Aguirre initiated on September 1, 2026. Respondents have since advised that Petitioner was removed from the United States on October 7, 2026. (Dkt. No. 5.) Accordingly, because Petitioner is no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 18, 2026.

ORLANDO L. GARCIA
United States District Judge